FILED
RICHARD W. NAGEL
CLERK OF COURT

10/27/2020

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

Mason Scott Kuhn
_____
(Enter Above the Name of the Plaintiff in this Action)

3:20-cv-437

vs.

Midmark Corporation
_____
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

_____

_____

_____

_____

**COMPLAINT**

I.   Parties to the action:

Plaintiff:    Place your name and address on the lines below.  The address you give must be the address where
the court may contact you and mail documents to you.  A telephone number is required.

Mason Scott Kuhn
_____
Name - Full Name Please - PRINT

2269 Deerfield Crossing
_____
Street Address

Piqua, Ohio  45356
_____
City, State and Zip Code

937- 541-1351
_____
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this
page with their full names, addresses and telephone numbers.  If there are no other Plaintiffs, continue with this
form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. _Midmark Corporation_
   Name - Full Name Please

   _60 Vista Dr. Versailles, Ohio 45380_
   Address: Street, City, State and Zip Code

2. _____

_____

3. _____

_____

4. _____

_____

5. _____

_____

6. _____

_____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☒ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

I   I have a disability. On October 30, 2018 I disclosed in my New Hire Paperwork from Midmark Corporation. On or about November 9, 2018, I explained my disability to Jason Hemmelgarn (Supervisor) The following week, in a meeting with Hemmelgarn and Bethany (HR Rep) I asked for a reasonable accommodation that was NEVER provided. Over the next few weeks I was bullied and harrassed by my co-worker Josh Sargent. On November 28, 2018, I had a panic attack due to the harrassment. On December 2, 2018, I wrote a letter to Hemmelgarn at the direction of my Behavior Health Specialist, Dr. Kevin Horvath (Vandalia Ohio) regarding details of the continued harrassment. I was called into the Office by Hemmelgarn and Bethany and told if I have another panic attack I would be discharged for Safety. They stated the would investigate my harrassment complaint. On December 6, 2018 I was discharged by Hemmelgarn.

II   I was told I was discharged because I didn't meet expectations, which I deny. The day before Hemmelgarn told me I was improving and Keep up good work

III  I believe I have been discriminated against because of my disability in violation of the Americans with Disability Act of 1990, as amended, and retaliated against for complaining of harrassment and requesting a reasonable accomodation.

IV.  Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

Case Number                    Caption

_____     _____ vs. _____

_____     _____ vs. _____

_____     _____ vs. _____


V.  Relief

In this section please state (write) briefly exactly what you want the court to do for you.  Make no legal
argument, cite no case or statutes.

Compensatory & Punitive Damages
Monetary Damages

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


I state under penalty of perjury that the foregoing is true and correct.  Executed on

this  26  day of  October , 20 20

_____
Signature of Plaintiff

-4-